| AO 10<br>Rev. 1/2013 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2012 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)<br><br>Guyton, Holton B. | 2. Court or Organization<br><br>Eastern District - Tennessee | 3. Date of Report<br><br>04/17/2013 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br> magistrate judges indicate full- or part-time)<br><br>U. S. Magistrate Judge - Full | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial  ☑ Annual   ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2012<br>to<br>12/31/2012 |

| 7. Chambers or Office Address<br><br>Howard H. Baker Jr. U.S. Court<br>800 Market Street, Suite 142<br>Knoxville, TN 37902 |
|---|

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑   NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑   NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Guyton, Holton B. | 04/17/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Guyton, Holton B. | 04/17/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Guyton, Holton B. | 04/17/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. | Regions Bank Money Market | A | Interest | K | T | | | | | |
| 2. | W,M,A,C,FBO-Trust Co. of Knox, Inc -401(k) See VIII (H) | A | Int./Div. | | | | | | | |
| 3. | - Money Market-401(k): | | | | | | | | | |
| 4. | - Federated Prime Obligations Inst FD #10 | | | | | Buy (add'l) | 12/12/12 | L | | |
| 5. | - Federated Prime Obligations Inst FD #10 | | | | | Distributed | 12/28/12 | L | | |
| 6. | - Federated Capital Preservation | | | | | Buy (add'l) | 11/19/12 | J | | |
| 7. | - Federated Capital Preservation | | | | | Buy (add'l) | 11/28/12 | K | | |
| 8. | - Federated Capital Preservation | | | | | Distributed | 11/28/12 | L | | |
| 9. | - Stocks & Mutual Fd in Trust: | | | | | | | | | |
| 10. | - Artisian Small Cap Value Fd | | | | | Sold (part) | 06/27/12 | J | A | |
| 11. | - Artisian Small Cap Value Fd | | | | | Sold | 11/28/12 | J | A | |
| 12. | - CRM Mid Cap Value Investor Shs | | | | | Sold (part) | 02/28/12 | J | A | |
| 13. | - CRM Mid Cap Value Investor Shs | | | | | Sold | 11/28/12 | J | A | |
| 14. | - Manning & Napier Dividend Focus | | | | | Sold | 11/28/12 | J | A | |
| 15. | - BMO Marshall Small Cap Growth | | | | | Sold | 11/28/12 | J | A | |
| 16. | - Templeton Global Bond Adv Cl | | | | | Sold | 11/28/12 | J | A | |
| 17. | - Vanguard Value Index Fd Signal Shs | | | | | Sold | 11/28/12 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Guyton, Holton B. | 04/17/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - William Blair Intl Growth Fd Cl | | | | | Sold (part) | 06/27/12 | J | A | |
| 19. - William Blair Intl Growth Fd Cl | | | | | Sold | 11/28/12 | J | A | |
| 20. - Eaton Vance Structured Emerging Markets I | | | | | Sold | 11/28/12 | J | A | |
| 21. - Mainstay Large Cap Growth Fd Cl I | | | | | Sold | 11/28/12 | J | A | |
| 22. - Rainier Mid cap Equity Fd | | | | | Sold (part) | 06/27/12 | J | A | |
| 23. - Rainier Mid cap Equity Fd | | | | | Sold | 11/28/12 | J | A | |
| 24. - Templeton Instl Fds - Foreign Equity Series | | | | | Sold (part) | 02/28/12 | J | A | |
| 25. - Templeton Instl Fds - Foreign Equity Series | | | | | Sold (part) | 06/27/12 | J | A | |
| 26. - Templeton Instl Fds - Foreign Equity Series | | | | | Sold | 11/28/12 | J | A | |
| 27. - Vanguard Growth Index Signal Shs Fd | | | | | Sold (part) | 06/27/12 | J | A | |
| 28. - Vanguard Growth Index Signal Shs Fd | | | | | Sold | 11/28/12 | J | A | |
| 29. - Vanguard Mid -Cap Value Index Inv CL | | | | | Buy | 2/28/12 | J | | |
| 30. - Vanguard Mid -Cap Value Index Inv CL | | | | | Sold | 11/19/12 | J | A | |
| 31. - Vanguard Mid-Cap Growth Index Inv | | | | | Buy | 6/27/12 | J | | |
| 32. - Vanguard Mid-Cap Growth Index Inv | | | | | Sold | 11/28/12 | J | | |
| 33. - Vanguard Small Cap Value Index FD | | | | | Buy | 06/27/12 | J | | |
| 34. - Vanguard Small Cap Value Index FD | | | | | Sold | 11/2/12 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Guyton, Holton B.** | 04/17/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐　　NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.　- Vanguard Total Int'l Stock Index S Shares | | | | | Buy | 06/27/12 | J | | |
| 36.　- Vanguard Total Int'l Stock Index S Shares | | | | | Sold | 11/28/12 | J | A | |
| 37. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Guyton, Holton B. | 04/17/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII. Investments and Trust
The W,M,AC,FBO-Trust Co, of Knox, Inc. 401(K) plan was fully distributed in  2012.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  s/ **Holton B. Guyton**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544